McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY EUGENE TIMMERMAN,<br><br>        Defendant. | Case. No. CR-S-08-0121 FCD<br><br>STIPULATION AND ORDER<br><br>Date: August 4, 2008<br>Time: 10:00 a.m.<br>Hon. Frank C. Damrell, Jr. |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jeffrey Eugene Timmerman, by and through his counsel, Mike Zinicola, Esq., that the appearance currently set for July 14, 2008, be vacated and reset for a status hearing on August 4, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the hearing set for August 4, 2008 pursuant to
3  18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4  Code T4).

5  DATED: July 11, 2008            /s/ Philip A. Ferrari for
                                   MIKE ZINICOLA, ESQ.
6                                  Attorney for Defendant

7

8  DATED: July 11, 2008            McGREGOR W. SCOTT
                                   United States Attorney
9

10                            By:  /s/ Philip A. Ferrari
                                   PHILIP A. FERRARI
11                                 Assistant U.S. Attorney

12

13
       **IT IS SO ORDERED.**
14

15
   DATED: July 14, 2008
16
                                   _____
17                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
18

2