1  MICHAEL J. ZINICOLA
   LAW OFFICE OF MICHAEL J. ZINICOLA
2  770 L Street, Suite 950
   Sacramento, California 95814
3  Telephone: (916) 443-8115

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-08-0121 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Date: August 11, 2008 |
| JEFFREY EUGENE TIMMERMAN, | ) | Time: 10:00 a.m. |
| | ) | Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jeffrey Eugene Timmerman, by and through his counsel, Mike Zinicola, Esq., that the appearance currently set for August 4, 2008, be vacated and reset for a status hearing on August 11, 2008, at 10:00 a.m.

The continuance is being requested because the defense counsel needs to attend an family funeral.

1

Speedy trial time is to be excluded from the date of this order through the date of the hearing set for August 4, 2008 pursuant to 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 11, 2008         /s/ Philip A. Ferrari for
                             MIKE ZINICOLA, ESQ.
                             Attorney for Defendant


DATED: July 11, 2008         McGREGOR W. SCOTT
                             United States Attorney

                         By: /s/ Philip A. Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: August 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE