McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case. No. CR-S-08-0121 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| | Date: October 20, 2008 |
| JEFFREY EUGENE TIMMERMAN, | Time: 10:00 a.m. |
| | Hon. Frank C. Damrell, Jr. |
| Defendant. | |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jeffrey Eugene Timmerman, by and through his counsel, Mike Zinicola, Esq., that the appearance currently set for September 15, 2008, be vacated and reset for a possible change of plea / trial setting on October 20, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1

1     Speedy trial time is to be excluded from the date of this order
2  through the date of the hearing set for October 20, 2008 pursuant to
3  18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4  Code T4).

5  DATED: September 12, 2008          /s/ Philip A. Ferrari for
                                      MIKE ZINICOLA, ESQ.
6                                     Attorney for Defendant

7

8  DATED: September 12, 2008          McGREGOR W. SCOTT
                                      United States Attorney
9

10                                By:  /s/ Philip A. Ferrari
                                       PHILIP A. FERRARI
11                                     Assistant U.S. Attorney

12

13
        **IT IS SO ORDERED.**
14

15
   DATED: September 12, 2008
16

17                                    _____
                                      FRANK C. DAMRELL, JR.
18                                    UNITED STATES DISTRICT JUDGE

2