```
1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>           Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>JEFFREY EUGENE TIMMERMAN,   )<br>                            )<br>           Defendant.      )<br>_____) | Case. No. CR-S-08-0121 FCD<br><br>STIPULATION AND ORDER<br><br>Date: October 27, 2008<br>Time: 10:00 a.m.<br>Hon. Frank C. Damrell, Jr. |

It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jeffrey Eugene Timmerman, by and through his counsel, Mike Zinicola, Esq., that the appearance currently set for October 20, 2008, be vacated and reset for a possible change of plea / trial setting on October 27, 2008, at 10:00 a.m.

The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the hearing set for October 27, 2008 pursuant to
3 | 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4 | Code T4).

5 | DATED: October 16, 2008         /s/ Philip A. Ferrari for
                                    MIKE ZINICOLA, ESQ.
6 |                                 Attorney for Defendant

7 |

8 | DATED: October 16, 2008         McGREGOR W. SCOTT
                                    United States Attorney
9 |

10 |                            By:  /s/ Philip A. Ferrari
                                    PHILIP A. FERRARI
11 |                                 Assistant U.S. Attorney

12 |

13 |
     **IT IS SO ORDERED.**
14 |

15 |
     DATED: October 16, 2008
16 |                                 _____
                                    FRANK C. DAMRELL, JR.
17 |                                 UNITED STATES DISTRICT JUDGE

2