McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>      v.                       )<br>                               )<br>JEFFREY EUGENE TIMMERMAN,      )<br>                               )<br>            Defendant.         )<br>_____) | Case. No. CR-S-08-0121 FCD<br><br>STIPULATION AND ORDER<br><br>Date: October 27, 2008<br>Time: 10:00 a.m.<br>Hon. Frank C. Damrell, Jr. |

   It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jeffrey Eugene Timmerman, by and through his counsel, Mike Zinicola, Esq., that the appearance currently set for October 27, 2008, be vacated and reset for a status hearing on November 3, 2008, at 10:00 a.m.

   The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1  Speedy trial time is to be excluded from the date of this order
2 through the date of the hearing set for November 3, 2008 pursuant to
3 18 U.S.C. 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4 Code T4).

5 DATED: Octobrer 24, 2008      MICHAEL J ZINICOLA
                                MIKE ZINICOLA, ESQ.
6                               Attorney for Defendant

7

8 DATED: October 24, 2008       McGREGOR W. SCOTT
                                United States Attorney
9

10                              By: MICHAEL J ZINICOLA for
                                    PHILIP A. FERRARI
11                                  Assistant U.S. Attorney

12

13
   **IT IS SO ORDERED.**
14

15
DATED: October 24, 2008
16                              FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE
17