McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>JEFFREY EUGENE TIMMERMAN,<br><br>              Defendant. | Case. No. CR-S-08-0121 FCD<br><br>STIPULATION AND ORDER<br><br>Date: November 3, 2008<br>Time: 10:00 a.m.<br>Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Jeffrey Eugene Timmerman, by and through his counsel, Mike Zinicola, Esq., that the appearance currently set for November 3, 2008, be vacated and reset for a status hearing on November 10, 2008, at 10:00 a.m.

    The continuance is being requested because the parties need more time to investigate the facts of the case and seek resolution of the case.

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the hearing set for November 10, 2008 pursuant
3  to 18 U.S.C.  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local
4  Code T4).

5  DATED: October 31, 2008          MICHAEL J ZINICOLA
                                    MIKE ZINICOLA, ESQ.
6                                   Attorney for Defendant

7

8  DATED: October 31, 2008          McGREGOR W. SCOTT
                                    United States Attorney
9

10                                  By: MICHAEL J ZINICOLA for
                                        PHILIP A. FERRARI
11                                      Assistant U.S. Attorney

12

13
    **IT IS SO ORDERED.**
14

15
    DATED: October 31, 2008          _____
16                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE